IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KITTY YINLING ZHANG,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PROFESSIONAL MORTGAGE CORPORATION; COUNTRYWIDE HOME LOANS; BANK OF AMERICA; and RECONTRUST COMPANY,<br><br>　　　　　　　Defendants. | Case Number 3:11-CV-03475 NC<br><br>**ORDER VACATING HEARING**<br><br>Re: Docket Nos. 9, 12, 16 |

　　　　Plaintiff Kitty Yingling Zhang brings this action for alleged violations of the Real Estate Settlement Procedures Act, the Truth in Lending Act, and other federal and state laws that govern home mortgages. Three motions currently are scheduled to be heard on September 21, 2011: (1) Defendants' motion to dismiss, Dkt. No. 9; (2) Zhang's motion for default judgment, Dkt. No. 12; and (3) Zhang's motion for leave to amend, Dkt. No. 16.

Case No. 3:11-CV-03475 NC
ORDER VACATING HEARING

1  Based on the papers submitted by the parties, the Court finds that all three motions are
2  appropriate for determination without oral argument. *See* Civil L.R. 7-1(b). Accordingly, the
3  hearing scheduled for September 21, 2011 is vacated.
4  IT IS SO ORDERED.

DATED: September 19, 2011

_____
NATHANAEL M. COUSINS
United States Magistrate Judge