1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KITTY YINLING ZHANG,<br><br>              Plaintiff,<br><br>      v.<br><br>PROFESSIONAL MORTGAGE CORPORATION;<br>COUNTRYWIDE HOME LOANS; BANK OF<br>AMERICA; and RECONTRUST COMPANY,<br><br>              Defendants. | Case Number 11-CV-03475 NC<br><br>**ORDER VACATING CASE<br>MANAGEMENT CONFERENCE**<br><br>Re: Docket No. 21 |

Plaintiff Kitty Yingling Zhang brings this action for alleged violations of the Real Estate Settlement Procedures Act, the Truth in Lending Act, and other federal and state laws that govern home mortgages.  On September 30, 2011, the Court granted Defendants' motion to dismiss with leave to amend.  Zhang has not filed an amended complaint as of the date of this order. Accordingly, the case management conference scheduled for November 2, 2011 is vacated.

     IT IS SO ORDERED.

DATED: October 27, 2011

_____
NATHANAEL M. COUSINS
United States Magistrate Judge