1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7            NORTHERN DISTRICT OF CALIFORNIA

8              SAN FRANCISCO DIVISION

9

| | |
|---|---|
| KITTY YINLING ZHANG, | Case Number 11-CV-03475 NC |
| Plaintiff, | **AMENDED ORDER GRANTING MOTION TO EXTEND TIME TO FILE OPPOSITION** |
| v. | |
| PROFESSIONAL MORTGAGE CORPORATION; COUNTRYWIDE HOME LOANS; BANK OF AMERICA; and RECONTRUST COMPANY, | Re: Docket No. 33 |
| Defendants. | |

        Plaintiff Kitty Yingling Zhang moves to extend the deadline for filing an opposition to

Defendants' motion to dismiss to December 23, 2011. Dkt. No. 33. Zhang's request is

GRANTED. Zhang must file her opposition by December 23, 2012, and Defendants must file

their reply by January 13, 2012.

        Zhang also requests to continue the hearing regarding Defendants' motion to dismiss until

after January 30, 2012. *Id.* As the hearing already was continued by Defendants to February 1,

2012, Zhang's request is moot.

        IT IS SO ORDERED.

DATED: December 1, 2011

                                    _____
                                    NATHANAEL M. COUSINS
                                    United States Magistrate Judge

Case No. 11-CV-03475 NC
ORDER GRANTING EXTENSION OF TIME