IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KITTY YINLING ZHANG,<br><br>    Plaintiff,<br><br>    v.<br><br>PROFESSIONAL MORTGAGE CORPORATION; COUNTRYWIDE HOME LOANS; BANK OF AMERICA; and RECONTRUST COMPANY,<br><br>    Defendants. | Case Number 3:11-cv-03475 NC<br><br>**ORDER VACATING HEARING**<br><br>Re: Docket No. 36 |

Defendants move to dismiss Zhang's first amended complaint. Dkt. No. 36. The motion currently is scheduled for a hearing on February 1, 2012. Based on the papers submitted by the parties, the Court finds that the motion is appropriate for determination without oral argument. *See* Civil L.R. 7-1(b). Accordingly, the hearing is VACATED.

IT IS SO ORDERED.

DATED: January 27, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 3:11-cv-03475 NC
ORDER VACATING HEARING